ROBERT J. LIVINGSTON, individually and as Executor, etc., et al., Appellants, *v.* WILLIAM H. WEBB et al., Respondents.

(Argued March 4, 1884; decided March 11, 1884.)

*Elbridge T. Gerry* for appellants.

*George S. Hamlin* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.